```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____1_____
DATE FILED: __12/20/11__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
IN RE: RULE 13(b) OF           :      M10-468
    THE RULES FOR THE DIVISION :
    OF BUSINESS AMONG JUDGES   :      11 MISC 00438
                               :      ORDER
------------------------------ x

    At its meeting of December 15, 2011, the Board of Judges of the Southern District of New York approved the following amendment to Rule 13(b) of the Rules for the Division of Business Among Judges.

**Rule 13.  Transfer of Related Cases**

    (b) Criminal cases are not treated as related to civil cases or vice versa. ~~except criminal cases and SEC enforcement actions arising from the same alleged fraud shall be assigned to the judge to whom the first case is assigned.~~ Criminal cases are not treated as related to each other unless a motion is granted for a joint trial. Bankruptcy appeals are not considered related merely because they arise from the same bankruptcy proceeding.

    The amendment will be effective the date of this Order.

**SO ORDERED.**

*Loretta A. Preska*
Loretta A. Preska
Chief Judge

Dated:    New York, New York
          December 15, 2011

g:\elly\rules\orders\2011-division of business - dec 15.wpd